38709. MAHONY v. CITY OF ATLANTA et al.

PER CURIAM.
After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.

*All the Justices concur, except Weltner, J., who dissents.*

DECIDED SEPTEMBER 28, 1982.

Paul S. Liston, Charles L. Barrett III, for appellant.
Marva Jones Brooks, Gary S. Walker, for appellees.